**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**MARCELLINO, JR.,**

**Plaintiff,**

**-against-**

**LIPPOLIS ELECTRIC, INC. ET AL,**

**Defendants.**

---------------------------------------------------------- x

**26-cv-06094 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 5, 2026, Defendants filed a motion request to opt out of mediation until discovery has been completed on their counterclaims. *See* ECF No. 12. Per this Court's Individual Practices, Plaintiff is directed to respond indicating his position by **October 13, 2026.**

**SO ORDERED.**

**Dated: October 7, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**