UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN MARCELLINO, JR.,

Plaintiff,

-against-

LIPOLLIS ELECTRIC, INC. and CARMINE LIPPOLIS,

Defendants.

**ORDER**

26-CV-06094 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 12, 2026, counsel for all parties appeared for a pre-motion conference concerning Defendants Lipollis Electric, Inc. and Carmine Lipollis' proposed motion to dismiss the fourth and fifth claims for relief in the Amended Complaint (Doc. 21), and Plaintiff Stephen Marcellino, Jr.'s proposed motion to dismiss the counterclaims asserted by Defendants (Doc. 17). For the reasons stated on the record, Plaintiff's letter-motion seeking leave to move to dismiss the counterclaims has been rendered moot. The Court granted Defendants leave to move to dismiss the fourth and fifth claims for relief in the Amended Complaint, and set the following briefing schedule: motion to dismiss shall be served, not filed, by December 11, 2026; opposition shall be served, not filed, by January 15, 2026; reply shall be served by January 29, 2026; and all papers shall be filed on the reply date, January 29, 2026. Defendants are directed to file a letter by November 16, 2026 at 5:00 p.m., advising the Court whether they intend to proceed with their motion to dismiss or will file an answer to the Amended Complaint. The Court also denied Defendants' request to be removed from the mediation program until discovery is completed. (Doc. 12). *See* Transcript.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 12.

**SO ORDERED.**

Dated: November 12, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge